Craig *v.* Fulton, Appellant.

Argued October 2, 1964. Before BELL, C. J., MUS-
MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS,
JJ.

*William A. Challener, Jr.,* for appellant.

*John M. Feeney, Jr.,* with him *McArdle, Harring-
ton, Feeney & McLaughlin,* for appellees.

OPINION PER CURIAM, November 10, 1964:
Judgment affirmed.
Mr. Chief Justice BELL and Mr. Justice ROBERTS
believe the verdict was excessive and would order a
new trial.
Mr. Justice JONES dissents.

Biagi, Appellant, *v.* Orsatti.

Argued April 23, 1964. Before BELL, C. J., JONES,
COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

578

 reargument refused November 24, 1964.

*Laurence H. Eldredge,* for appellant.

*Lawrence J. Richette,* for appellees.

OPINION PER CURIAM, July 31, 1964:
The judgments are affirmed by an equally divided Court.

A. J. Aberman, Inc. *v.* White & Cunningham,
Appellant.

Argued March 23, 1964. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

reargument refused August 21, 1964.

